IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF AMERICAN PUBLISHERS, INC., <br><br>  455 Massachusetts Avenue, NW <br>  Washington, DC 20001, <br><br>                    Plaintiff, <br> v. <br><br> BRIAN E. FROSH, in his official capacity as Attorney General of the State of Maryland, <br><br>  200 St. Paul Place <br>  Baltimore, MD 21202, <br><br>                    Defendant. | Civil Action No. 1:21-cv-03133 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Plaintiff the Association of American Publishers, Inc. ("AAP") hereby states the following:

1. AAP is not an affiliate or parent of any corporation.

2. No corporation, unincorporated association, partnership, or other business entity, not a party to the case, has a "financial interest in the outcome of this litigation," as defined by Local Rule 103.3(b).

3. AAP has no parent corporation, and no publicly held corporation owns 10% or more of AAP's stock.

Dated: December 9, 2021                                  Respectfully submitted,


                                                         */s/ Scott A. Zebrak*
                                                         Scott A. Zebrak (17741)
                                                         Matthew J. Oppenheim (22256)
                                                         Nicholas C. Hailey
                                                         Carly A. Kessler
                                                         Ever M. Hess
                                                         **OPPENHEIM + ZEBRAK, LLP**
                                                         4530 Wisconsin Avenue, NW, 5th Floor
                                                         Washington, DC 20016
                                                         Phone: (202) 480-2999
                                                         scott@oandzlaw.com
                                                         matt@oandzlaw.com
                                                         nick@oandzlaw.com
                                                         carly@oandzlaw.com
                                                         ever@oandzlaw.com

                                                         *Attorneys for Plaintiff Association of*
                                                         *American Publishers, Inc.*