**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

---

ASSOCIATION OF AMERICAN
PUBLISHERS, INC.,

    455 Massachusetts Avenue, NW
    Washington, DC 20001,

                      Plaintiff,

v.

BRIAN E. FROSH, in his official capacity as
Attorney General of the State of Maryland,

    200 St. Paul Place
    Baltimore, MD 21202,

                  Defendant.

Civil Action No. 1:21-cv-03133-DLB

---

### [PROPOSED] ORDER

    This matter comes before the Court on Plaintiff the Association of American Publishers, Inc.'s Motion for Preliminary Injunction. Having reviewed the papers filed in support of and in opposition to the Motion and heard the arguments of the parties, and in accordance with Federal Rule of Civil Procedure 65, the Court finds that Plaintiff has satisfied the four requirements for issuance of a preliminary injunction, as set forth in *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Plaintiff has shown a likelihood of success on the merits of its claim that the Maryland Act, Md. Code, Educ. §§ 23-701, 23-702, is preempted by the Copyright Act, under conflict and express preemption principles; Plaintiff is likely to suffer irreparable harm in the absence of a preliminary injunction; the balance of equities favors a preliminary injunction; and a preliminary injunction will serve the public interest.

    It is therefore ORDERED as follows:

    1.    Plaintiff's Motion for Preliminary Injunction is GRANTED.

2.       Defendant Brian E. Frosh, in his official capacity as Attorney General of the State of Maryland, Defendant's officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendant are PRELIMINARILY ENJOINED from enforcing the Maryland Act, Md. Code, Educ. §§ 23-701, 23-702. This preliminary injunction shall take effect immediately and shall remain in effect pending further order of the Court.

3.       Copies of this Order shall be delivered by the Clerk to all counsel of record.

So ORDERED, this _____ day of _____, 202___.


_____
The Honorable Deborah L. Boardman
United States District Judge