# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF AMERICAN PUBLISHERS, *Plaintiff*, <br><br> v. <br><br> BRIAN E. FROSH, Attorney General of the State of Maryland *Defendant*. | Civil Action No.: <br> 1:21-cv-03133-DLB |

\* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Now comes Elliott L. Schoen, Assistant Attorney General, to enter his appearance on behalf of Defendant Brian E. Frosh in his official capacity as the Attorney General for the State of Maryland ("the State"), in the above-captioned matter.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Elliott L. Schoen
Elliott L. Schoen
Assistant Attorney General
Maryland State Department of Education
Fed. Bar No.: 26210
200 St. Paul Street, 19th Floor
Baltimore, Maryland 21202
410-576-6460 (Phone)

410-576-6309 (Fax)  
eschoen@oag.state.md.us

Date filed: December 17, 2021

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December 2021, a copy of the foregoing Entry of Appearance, was sent via electronic mail:

Scott A. Zebrak, Esq
scott@oandzlaw.com
Matthew J. Oppenheim, Esq.
matt@oandzlaw.com
Nicholas C. Hailey, Esq.
nick@oandzlaw.com
Carly A. Kessler, Esq.
carly@oandzlaw.com
Ever M. Hess, Esq.
ever@oandzlaw.com
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, D.C. 20016
*Attorneys for Plaintiff*

/s/ Elliott L. Schoen
Elliott L. Schoen