# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF AMERICAN PUBLISHERS,<br>    *Plaintiff*,<br><br>    v.<br><br>BRIAN E. FROSH, Attorney General of the State of Maryland<br>    *Defendant*. | *<br>*<br>*<br>*  Civil Action No.:<br>*  1:21-cv-03133-DLB<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

## TABLE OF EXHIBITS

1. **EXHIBIT 1** - Declaration of Michael Blackwell – Library Director for St. Mary's County Library.
2. **EXHIBIT 1A** – Michael Blackwell Support Letter for House Bill 518.
3. **EXHIBIT 2** - Declaration of Alan Inouye - Senior Director of Public Policy & Government Relations for the American Library Association.
4. **EXHIBIT 2A** - American Library Association Support Letter.
5. **EXHIBIT 3** - Sponsor Statement of Senator Nancy King.
6. **EXHIBIT 4** - Testimony of Delegate Kathleen M. Dumais in support of H.B. 518.
7. **EXHIBIT 5** - Support Letter from James C. Cooke and Natalie Edington - Interim Co-Directors for the Baltimore County Public Library.
8. **EXHIBIT 6** - Testimony of Morgan Miller – President of the Maryland Library Association.
9. **EXHIBIT 7** - Declaration of Irene Padilla - State Librarian for the Maryland State Library Agency.
10. **EXHIBIT 7A** - Fiscal Year 2020 Report from the Maryland Library System.

11. **EXHIBIT 8** -Support Letter from Roberta R. Phillips (CEO) and Blane Halliday (Director for Collection Strategies) for the Prince George's County Memorial Library System.
12. **EXHIBIT 9** - Declaration of Lynae Turner Polk.