# EXHIBIT 7A

# MARYLAND PUBLIC LIBRARY STATISTICS

# FISCAL YEAR 2020

**MARYLAND STATE LIBRARY**

**25 S. CHARLES STREET, SUITE 1310**
**BALTIMORE, MD 21201**
**667-219-4800**

**July 18, 2021**

**Includes statistics from all Maryland public and regional libraries, the State Library Resource Center (SLRC) and the Maryland State Library for the Blind and Print Disabled**

# MARYLAND STATE LIBRARY BOARD

**Sharan Marshall, Chair**
**Lynn Wheeler, Vice Chair**
**James Fish**
**Sharon Maneki**
**Al Martin**
**Wilson Parran**
**Robert Windley**

*Ex Officio*
**Andrea Berstler, President, Maryland Library Association**
**Heidi Daniel, President and CEO, Enoch Pratt Free Library**
**Keith Marzullo, Dean, University of Maryland iSchool**
**Brittany Tignor, Past President, Maryland Association of School Librarians**

*Ex Officio (Non Voting)*
**Laura Hicks, Director, School Library Media, MSDE**

*Administration*
**Irene M. Padilla, Maryland State Librarian**
**Lawrence J. Hogan, Jr., Governor**

The Maryland State Library does not discriminate on the basis of race, color, sex, age, national origin, religion, disability, or sexual orientation in matters affecting employment or in providing access to programs. For inquiries related to department policy, please contact:

25 S. Charles Street, Suite 1310
Baltimore, MD 21201
Phone 667-219-4800; TTY/TDD 410-333-8679; Fax 667-219-4798



# MARYLAND STATE LIBRARY STATISTICS
## FY 2020

## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| TABLE OF CONTENTS................................................................................................... | 3 |
| EXECUTIVE SUMMARY…………………………………………………………………….. | 4 |
| MARYLAND STATE LIBRARY FOR THE BLIND AND PRINT DISABLED......................... | 5 |
| OPERATING INCOME & EXPENDITURES..................................................................... | 6 |
| CAPITAL REVENUE & EXPENDITURES........................................................................ | 7 |
| PERSONNEL.................................................................................................................. | 8 |
| LIBRARY COLLECTIONS............................................................................................... | 9 |
| ELECTRONIC CIRCULATION......................................................................................... | 10 |
| PHYSICAL CIRCULATION.............................................................................................. | 11 |
| CIRCULATION IN CONTEXT.......................................................................................... | 12 |
| PROGRAMS................................................................................................................... | 13 |
| SERVICES...................................................................................................................... | 14 |
| VISITS ........................................................................................................................... | 15 |
| CHILDREN'S SERVICES................................................................................................ | 16 |

**Maryland Public Library Statistics**
**FY 2020**
**Executive Summary**
*The attached tables report the Maryland public library statistics for the state fiscal year of 2020 (July 1, 2019 – June 30, 2020)*
*Significant statistics are highlighted below, as well as FY 2019 comparisons.*

| FY 2020 Highlights | FY 2019 - 2020 Comparison Highlights: Libraries Respond to Covid-19 |
|---|---|
| **Public library per capita funding statewide: $51.11** | • **2% increase in capital funding for public libraries** |
| **Capital revenue: $28,913,131** | |
| **Capital expenditures: $28,552,805** | • **Libraries increased e-material holdings by 32% to provide remote access to information for all Marylanders** |
| **Staff: 3,339** | • **13% increase in circulation of e-books and other downloadable materials** |
| • **Professional librarians: 700** | |
| | • **31% increase in customer access to digital materials** |
| **Total holdings: 20,793,517** | |
| • **Books: 10,472,746** | • **Libraries provided over 10,000 hours of contactless service, including material pickup, printing, and reference service** |
| • **E-books: 4,733,755** | |
| • **E-resources: 1,110** | • **Although in-person visits to library buildings were down by 30%, libraries saw over 63,000 visits for contactless service** |
| **Registered users: 3,383,525** | |
| **Population that hold library cards: 56%** | |
| | |
| **Total circulation: 44,606,017 items** | |
| **Circulation per capita: 9.49 items** | |
| | |
| **Library visits: 17,483,983** | |
| **Reference transactions: 5,391,679** | |
| **Bookmobiles: 21** | |
| | |
| **Internet terminals available to the public: 5,639** | |
| **Internet uses per year: 3,509,938** | |
| **Wireless internet uses per year: 18,303,156** | |

4

## Maryland State Library for the Blind and Print Disabled Statistics
## FY 2020

**Patrons**
- Registered Borrowers:   6,411
- Number of patrons 15 years and younger:   164
- Number of patrons between 16 and 80:   4,031
- Number of patrons over 80:   1,923
- Number of patrons blind/low vision/deaf blind:  5,308
- Number of patrons with reading disabilities:   737
- Number of patrons with a physical disability:   412

**Circulation**
- Total Circulation (items):  147,384
- Braille titles:   2,307
- Large Print titles:   1,350
- Digital Titles:   143,713
- Electronic Books, Magazines, and Newspapers:   78,161

**Staff**
- Total paid staff: 20
- State employees: 20
- Contract employees: 0
- SCSEP Participants: 1
- Volunteers:   28

**Readership**
- Digital readers:   4,578
- Braille readers:   409
- Large Print readers: 6,495

**Patron Service**
- Telephone inquiries:   10,000
- Walk-in patrons: 1,977
- E-Mail requests:  1,707
- Virtual requests:   23
- New applications processed: 630

**Collection**
- Total collection (titles): 62,267
- Braille titles:   16,066
- Digital titles:   36,174
- Large print titles:  12,904
- Tactile items:   6
- Marylandia items:   190
- Descriptive video titles:  298

**Outreach Programs:**
- Total Outreach programs: 94
- Adult/Educational/Cultural programs: 47
- MAT programs:  4
- Youth Services programs: 35
- Technology classes attendance:   267
- Library tours:  8
- Total Program attendance:  3,488

Table 1
## OPERATING INCOME & EXPENDITURES

| LIBRARY SYSTEM | EST. POP | OPERATING INCOME ||||| | | OPERATING EXPENDITURES ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL | FEDERAL | STATE | LOCAL | OTHER* | PER CAPITA** | PER CAPITA RANKING | TOTAL | SALARIES | BENEFITS | MATERIALS | OTHER |
| **TOTAL (all libraries)** | 6,052,177 | **$342,122,116** | $2,644,437 | $79,019,819 | $230,313,718 | $30,144,142 | $51.11 | | **$326,846,790** | $177,033,142 | $69,756,493 | $38,552,298 | $41,504,857 |
| **Public** | | | | | | | | | | | | | |
| Allegany | 71,615 | **$2,231,487** | $26,200 | $994,294 | $966,545 | $244,448 | $27.38 | 24 | **$2,185,912** | $1,196,595 | $475,337 | $157,389 | $356,591 |
| Anne Arundel | 573,235 | **$29,977,484** | $15,000 | $4,134,059 | $25,111,208 | $717,217 | $51.02 | 10 | **$26,454,948** | $14,563,943 | $7,166,686 | $4,483,844 | $240,475 |
| Baltimore City | 611,648 | **$47,640,626** | $441,951 | $8,894,642 | $18,442,700 | $19,861,333 | $44.69 | 15 | **$45,906,900** | $25,309,700 | $8,275,500 | $3,455,939 | $8,865,761 |
| Baltimore | 832,468 | **$46,655,980** | $268,454 | $9,013,163 | $35,026,603 | $2,347,760 | $52.90 | 7 | **$43,565,122** | $22,499,206 | $9,801,897 | $6,112,247 | $5,151,772 |
| Calvert | 91,502 | **$5,216,696** | $36,406 | $931,019 | $4,187,313 | $61,958 | $55.94 | 6 | **$5,089,521** | $3,013,253 | $1,387,762 | $409,346 | $279,160 |
| Caroline | 33,193 | **$1,875,059** | $6,022 | $476,923 | $1,227,728 | $164,386 | $51.36 | 8 | **$1,913,528** | $933,691 | $410,013 | $67,938 | $501,886 |
| Carroll | 167,781 | **$12,096,416** | $406,822 | $1,940,103 | $9,279,640 | $469,851 | $66.87 | 5 | **$11,592,788** | $7,326,768 | $1,489,741 | $1,288,559 | $1,487,720 |
| Cecil | 102,746 | **$7,543,147** | $24,900 | $1,305,020 | $6,010,417 | $202,810 | $71.20 | 4 | **$6,485,736** | $3,672,914 | $1,418,195 | $564,689 | $829,938 |
| Charles | 159,700 | **$5,763,134** | $32,874 | $1,717,467 | $3,863,205 | $149,588 | $34.94 | 19 | **$5,849,871** | $3,460,389 | $1,173,500 | $347,544 | $868,438 |
| Dorchester | 32,162 | **$1,064,220** | $1,406 | $388,090 | $553,520 | $121,204 | $29.28 | 21 | **$998,711** | $540,941 | $182,203 | $82,662 | $192,905 |
| Frederick | 252,022 | **$13,296,513** | $23,742 | $2,441,084 | $10,445,332 | $386,355 | $51.13 | 9 | **$13,269,743** | $7,232,202 | $3,308,231 | $1,879,517 | $849,793 |
| Garrett | 29,233 | **$1,503,515** | $31,692 | $275,978 | $1,076,000 | $119,845 | $46.25 | 11 | **$1,474,906** | $857,122 | $386,177 | $100,213 | $131,394 |
| Harford | 252,160 | **$21,965,502** | $15,000 | $2,977,606 | $17,804,908 | $1,167,988 | $82.42 | 1 | **$20,725,707** | $9,474,429 | $4,648,030 | $2,533,874 | $4,069,374 |
| Howard | 321,113 | **$25,838,298** | $347,427 | $3,221,853 | $21,451,000 | $818,018 | $76.84 | 2 | **$24,873,203** | $14,521,257 | $5,622,243 | $2,010,248 | $2,719,455 |
| Kent | 19,384 | **$1,006,758** | $9,000 | $187,313 | $688,026 | $122,419 | $45.16 | 14 | **$991,842** | $524,072 | $199,008 | $47,733 | $221,029 |
| Montgomery | 1,058,810 | **$41,381,004** | $4,758 | $5,294,733 | $35,096,936 | $984,577 | $38.15 | 16 | **$41,381,004** | $23,494,415 | $9,650,274 | $6,544,449 | $1,691,866 |
| Prince George's | 912,756 | **$34,893,033** | $346,980 | $9,704,500 | $24,210,600 | $630,953 | $37.16 | 17 | **$34,590,727** | $19,197,194 | $6,927,450 | $3,091,277 | $5,374,806 |
| Queen Anne's | 49,770 | **$2,454,935** | $41,574 | $377,467 | $1,889,225 | $146,669 | $45.54 | 13 | **$2,335,114** | $1,291,766 | $578,883 | $138,642 | $325,823 |
| St. Mary's | 112,667 | **$4,373,498** | $116,000 | $1,177,778 | $2,964,146 | $115,574 | $36.76 | 18 | **$4,274,457** | $2,472,699 | $630,482 | $558,302 | $612,974 |
| Somerset | 25,918 | **$888,582** | $17,301 | $389,360 | $360,000 | $121,921 | $28.91 | 22 | **$1,049,120** | $527,718 | $251,705 | $71,556 | $198,141 |
| Talbot | 37,103 | **$1,946,043** | $55,549 | $281,207 | $1,413,774 | $195,513 | $45.68 | 12 | **$1,893,456** | $1,097,727 | $445,097 | $84,655 | $265,977 |
| Washington | 150,578 | **$5,521,231** | $26,265 | $1,898,779 | $3,211,010 | $385,177 | $33.93 | 20 | **$5,000,830** | $2,724,141 | $1,123,845 | $465,713 | $687,131 |
| Wicomico | 102,923 | **$3,148,746** | $22,698 | $1,369,218 | $1,469,295 | $287,535 | $27.58 | 23 | **$2,660,177** | $1,489,764 | $624,636 | $187,888 | $357,889 |
| Worcester | 51,690 | **$4,041,367** | $21,599 | $399,877 | $3,534,852 | $85,039 | $76.12 | 3 | **$4,046,925** | $1,764,747 | $1,471,185 | $247,616 | $563,377 |
| **TOTAL (all public)** | 6,052,177 | **$322,323,274** | $2,339,620 | $59,791,533 | $230,283,983 | $29,908,138 | $47.93 | | **$308,610,248** | $169,186,653 | $67,648,080 | $34,931,840 | $36,843,675 |
| **Regional** | | | | | | | | | | | | | |
| ESRL | 352,143 | **$3,128,687** | $10,718 | $3,007,204 | $0 | $110,765 | $8.54 | | **$2,748,863** | $837,464 | $220,951 | $500,595 | $1,189,853 |
| SMRLA | 363,869 | **$3,219,785** | $22,815 | $3,167,235 | $29,735 | $0 | $8.79 | | **$2,654,255** | $884,498 | $355,997 | $576,345 | $837,415 |
| WMRL | 251,426 | **$2,495,930** | $271,284 | $2,099,407 | $0 | $125,239 | $8.35 | | **$1,878,984** | $573,613 | $178,206 | $608,024 | $519,141 |
| **TOTAL (all regional)** | 967,438 | **$8,844,402** | $304,817 | $8,273,846 | $29,735 | $236,004 | $8.58 | | **$7,282,102** | $2,295,575 | $755,154 | $1,684,964 | $2,546,409 |
| **STATE LIBRARY RESOURCE CENTER (SLRC)** | 6,052,177 | **$10,954,440** | $0 | $10,954,440 | $0 | $0 | $1.81 | | **$10,954,440** | $5,550,914 | $1,353,259 | $1,935,494 | $2,114,773 |

NOTE: State Operating Income includes both state aid and state contribution to retirement
*Other Operating Income includes grants, fines, fees, endowments, and other income sources not noted elsewhere
**Per Capita/ Per Capita Rank includes state and local operating income only

| Table 2 | | | | | | |
|---|---|---|---|---|---|---|
| CAPITAL REVENUE & EXPENDITURES | | | | | | |
| | CAPITAL REVENUE | | | | | CAPITAL EXPENDITURES |
| LIBRARY SYSTEM | TOTAL | LOCAL | STATE | FEDERAL | OTHER | TOTAL |
| **TOTAL (all libraries)** | **$28,913,131** | **$17,611,929** | **$5,533,462** | **$0** | **$5,767,740** | **$28,552,805** |
| **Public** | | | | | | |
| Allegany | **$238,109** | $0 | $238,109 | $0 | $0 | $6,750 |
| Anne Arundel | **$2,623,000** | $2,423,000 | $200,000 | $0 | $0 | $9,573,008 |
| Baltimore City | **$7,679,500** | $1,868,200 | $1,000,000 | $0 | $4,811,300 | $2,868,200 |
| Baltimore | **$1,575,000** | $1,575,000 | $0 | $0 | $0 | $1,575,000 |
| Calvert | **$88,738** | $88,738 | $0 | $0 | $0 | $88,738 |
| Caroline | **$0** | $0 | $0 | $0 | $0 | $0 |
| Carroll | **$662,951** | $332,039 | $17,655 | $0 | $313,257 | $420,987 |
| Cecil | **$3,182,542** | $189,771 | $2,575,715 | $0 | $417,056 | $3,140,416 |
| Charles | **$0** | $0 | $0 | $0 | $0 | $0 |
| Dorchester | **$0** | $0 | $0 | $0 | $0 | $14,085 |
| Frederick | **$2,458,250** | $2,458,250 | $0 | $0 | $0 | $1,371,455 |
| Garrett | **$22,261** | $22,261 | $0 | $0 | $0 | $33,271 |
| Harford | **$512,380** | $0 | $512,380 | $0 | $0 | $512,380 |
| Howard | **$488,000** | $488,000 | $0 | $0 | $0 | $0 |
| Kent | **$195,000** | $0 | $0 | $0 | $195,000 | $70,036 |
| Montgomery | **$2,645,215** | $2,645,215 | $0 | $0 | $0 | $2,645,215 |
| Prince George's | **$5,165,408** | $5,165,408 | $0 | $0 | $0 | $5,165,408 |
| Queen Anne's | **$108,752** | $0 | $108,752 | $0 | $0 | $108,752 |
| St. Mary's | **$644,883** | $0 | $644,883 | $0 | $0 | $644,883 |
| Somerset | **$0** | $0 | $0 | $0 | $0 | $0 |
| Talbot | **$0** | $0 | $0 | $0 | $0 | $0 |
| Washington | **$471,936** | $235,968 | $235,968 | $0 | $0 | $25,737 |
| Wicomico | **$0** | $0 | $0 | $0 | $0 | $29,683 |
| Worcester | **$151,206** | $120,079 | $0 | $0 | $31,127 | $151,206 |
| **TOTAL (all public)** | **$28,913,131** | **$17,611,929** | **$5,533,462** | **$0** | **$5,767,740** | **$28,445,210** |
| **Regional** | | | | | | |
| ESRL | $0 | $0 | $0 | $0 | $0 | $107,595 |
| SMRLA | $0 | $0 | $0 | $0 | $0 | $0 |
| WMRL | $0 | $0 | $0 | $0 | $0 | $0 |
| **TOTAL (all regional)** | **$0** | **$0** | **$0** | **$0** | **$0** | **$107,595** |
| **SLRC** | $0 | $0 | $0 | $0 | $0 | $0 |

| Table 3 PERSONNEL ||||
|---|---|---|---|---|
| **LIBRARY SYSTEM** | **TOTAL PAID STAFF** | **STAFF WITH MLS DEGREES** | **TOTAL LIBRARIANS** | **OTHER PAID STAFF*** |
| **TOTAL (all libraries)** | 3,339 | 700 | 1,427 | 1,912 |
| **Public** | | | | |
| Allegany | 29 | 3 | 26 | 3 |
| Anne Arundel | 291 | 60 | 137 | 154 |
| Baltimore City/SLRC | 467 | 120 | 178 | 289 |
| Baltimore | 450 | 83 | 159 | 291 |
| Calvert | 52 | 7 | 43 | 9 |
| Caroline | 22 | 4 | 17 | 5 |
| Carroll | 153 | 22 | 63 | 90 |
| Cecil | 64 | 18 | 40 | 24 |
| Charles | 65 | 12 | 44 | 21 |
| Dorchester | 15 | 7 | 7 | 8 |
| Frederick | 142 | 45 | 86 | 56 |
| Garrett | 22 | 2 | 7 | 15 |
| Harford | 226 | 36 | 85 | 141 |
| Howard | 266 | 29 | 115 | 152 |
| Kent | 12 | 5 | 8 | 3 |
| Montgomery | 405 | 124 | 162 | 243 |
| Prince George's | 344 | 61 | 140 | 203 |
| Queen Anne's | 24 | 7 | 9 | 15 |
| St. Mary's | 47 | 8 | 18 | 29 |
| Somerset | 15 | 2 | 2 | 13 |
| Talbot | 23 | 7 | 9 | 14 |
| Washington | 72 | 14 | 22 | 50 |
| Wicomico | 50 | 4 | 13 | 37 |
| Worcester | 43 | 8 | 16 | 27 |
| **TOTAL (all public)** | 3,297 | 688 | 1,406 | 1,890 |
| **Regional** | | | | |
| ESRL | 18 | 5 | 12 | 6 |
| SMRLA | 14 | 3 | 3 | 11 |
| WMRL | 10 | 4 | 6 | 4 |
| **TOTAL (all regional)** | 42 | 12 | 21 | 21 |

NOTE: SLRC personnel included as part of Baltimore City statistics | Figures indicated are FTE and are rounded to the nearest whole number

*Other Paid Staff includes pages, maintenance, security, hourly, substitute

| Table 4 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LIBRARY COLLECTIONS | | | | | | | | |
| LIBRARY SYSTEM | TOTAL HOLDINGS | TOTAL CATALOGUED BOOK VOLUMES | TOTAL VIDEOS | TOTAL AUDIO RECORDINGS | TOTAL PERIODICAL SUBSCRIPTIONS | TOTAL OTHER MATERIAL | E-BOOKS | DATABASES |
| TOTAL (all libraries) | 20,793,517 | 10,472,746 | 1,564,279 | 3,765,135 | 10,862 | 245,630 | 4,733,755 | 1,110 |
| Public | | | | | | | | |
| Allegany | 1,113,456 | 107,281 | 53,020 | 430,484 | 90 | 25 | 522,527 | 29 |
| Anne Arundel | 1,120,586 | 715,843 | 98,245 | 144,177 | 380 | 12,643 | 149,254 | 44 |
| Baltimore City/SLRC | 2,371,686 | 2,050,682 | 76,211 | 150,965 | 1,356 | 2,820 | 89,582 | 70 |
| Baltimore | 1,623,784 | 1,109,717 | 165,630 | 211,425 | 3,191 | 7,173 | 126,611 | 37 |
| Calvert | 318,841 | 173,656 | 24,239 | 53,864 | 359 | 198 | 66,495 | 30 |
| Caroline | 183,693 | 69,897 | 6,958 | 38,619 | 148 | 211 | 67,834 | 26 |
| Carroll | 1,172,387 | 395,089 | 116,892 | 174,479 | 911 | 9,761 | 475,230 | 25 |
| Cecil | 377,142 | 184,474 | 34,935 | 71,252 | 342 | 2,562 | 83,550 | 27 |
| Charles | 336,823 | 169,918 | 26,033 | 59,955 | 142 | 391 | 80,355 | 29 |
| Dorchester | 178,175 | 66,833 | 8,705 | 36,521 | 63 | 85 | 65,939 | 29 |
| Frederick | 752,659 | 365,537 | 104,197 | 139,451 | 485 | 1,753 | 141,204 | 32 |
| Garrett | 198,804 | 80,061 | 12,069 | 40,399 | 147 | 159 | 65,935 | 34 |
| Harford | 1,832,364 | 570,426 | 163,768 | 523,737 | 510 | 8,849 | 565,039 | 35 |
| Howard | 1,464,897 | 741,112 | 158,554 | 210,674 | 24 | 9,946 | 344,518 | 69 |
| Kent | 146,234 | 32,825 | 5,563 | 39,899 | 49 | 85 | 67,787 | 26 |
| Montgomery | 2,546,600 | 1,972,302 | 137,141 | 158,246 | 1,483 | 137,373 | 139,846 | 209 |
| Prince George's | 787,495 | 563,087 | 87,532 | 53,985 | 456 | 21,449 | 60,926 | 60 |
| Queen Anne's | 210,464 | 72,693 | 30,576 | 38,621 | 62 | 2,568 | 65,918 | 26 |
| St. Mary's | 301,682 | 136,543 | 35,985 | 54,446 | 116 | 63 | 74,501 | 28 |
| Somerset | 167,270 | 46,066 | 12,595 | 39,160 | 79 | 829 | 68,515 | 26 |
| Talbot | 226,620 | 111,195 | 8,952 | 40,200 | 100 | 229 | 65,918 | 26 |
| Washington | 1,380,789 | 338,676 | 70,585 | 447,653 | 102 | 1218 | 522,506 | 49 |
| Wicomico | 298,202 | 177,094 | 17,038 | 38,101 | 25 | 0 | 65,918 | 26 |
| Worcester | 332,188 | 168,307 | 23,001 | 49,711 | 223 | 25,000 | 65,918 | 28 |
| TOTAL (all public) | 19,442,841 | 10,419,314 | 1,478,424 | 3,246,024 | 10,843 | 245,390 | 4,041,826 | 1,020 |
| Regional | | | | | | | | |
| ESRL | 111,879 | 771 | 198 | 35,321 | 2 | 219 | 75,342 | 26 |
| SMRLA | 150,168 | 781 | 12,755 | 47,427 | 17 | 21 | 89,137 | 30 |
| WMRL | 1,088,629 | 51,880 | 72,902 | 436,363 | 0 | 0 | 527,450 | 34 |
| TOTAL (all regional) | 1,350,676 | 53,432 | 85,855 | 519,111 | 19 | 240 | 691,929 | 90 |

NOTE: SLRC collections included as part of Baltimore City statistics | E-book statistics may be reported by regional libraries for individual systems

9

| Table 5 | | | |
|---|---|---|---|
| ELECTRONIC CIRCULATION | | | |
| **LIBRARY SYSTEM** | **ELECTRONIC MATERIAL CIRCULATION** | **ELECTRONIC RETRIEVAL** | **TOTAL ELECTRONIC CONTENT USE** |
| **TOTAL (all libraries)** | **8,981,259** | **12,695,063** | **21,676,322** |
| **Public** | | | |
| Allegany | 43,528 | 475,447 | 518,975 |
| Anne Arundel | 929,297 | 2,326,714 | 3,256,011 |
| Baltimore City/SLRC | 617,687 | 826,454 | 1,444,141 |
| Baltimore | 1,522,969 | 1,504,975 | 3,027,944 |
| Calvert | 182,251 | 84,453 | 266,704 |
| Caroline | 19,728 | 36,451 | 56,179 |
| Carroll | 262,020 | 78,908 | 340,928 |
| Cecil | 114,838 | 56,711 | 171,549 |
| Charles | 84,363 | 93,362 | 177,725 |
| Dorchester | 21,093 | 6,218 | 27,311 |
| Frederick | 475,754 | 496,720 | 972,474 |
| Garrett | 27,372 | 133,717 | 161,089 |
| Harford | 650,496 | 557,219 | 1,207,715 |
| Howard | 771,591 | 1,946,059 | 2,717,650 |
| Kent | 26,511 | 16,191 | 42,702 |
| Montgomery | 1,323,460 | 1,906,589 | 3,230,049 |
| Prince George's | 692,651 | 811,256 | 1,503,907 |
| Queen Anne's | 55,481 | 23,092 | 78,573 |
| St. Mary's | 114,725 | 90,853 | 205,578 |
| Somerset | 9,249 | 15,502 | 24,751 |
| Talbot | 53,124 | 40,650 | 93,774 |
| Washington | 155,600 | 86,656 | 242,256 |
| Wicomico | 79,194 | 19,405 | 98,599 |
| Worcester | 74,663 | 46,002 | 120,665 |
| **TOTAL (all public)** | **8,307,645** | **11,679,604** | **19,987,249** |
| **Regional** | | | |
| ESRL | 333,051 | 180,583 | 513,634 |
| SMRLA | 151,281 | 0 | 151,281 |
| WMRL | 189,282 | 834,876 | 1,024,158 |
| **TOTAL (all regional)** | **673,614** | **1,015,459** | **1,689,073** |

NOTE: SLRC circulation included as part of Baltimore City statistics

| Table 6 COLLECTION USE | | | | | | |
|---|---|---|---|---|---|---|
| LIBRARY SYSTEM | PHYSICAL ITEM CIRCULATION | IN-HOUSE USE | PHYSICAL ITEM USE* | TOTAL CIRCULATION** | TOTAL MD COLLECTION USE*** | TOTAL FEDERAL COLLECTION USE^ |
| **TOTAL (all libraries)** | **35,624,758** | **1,905,373** | **37,530,131** | **44,606,017** | **59,206,453** | **57,301,080** |
| **Public** | | | | | | |
| Allegany | 252,470 | 0 | 252,470 | 295,998 | 771,445 | 771,445 |
| Anne Arundel | 3,171,779 | 0 | 3,171,779 | 4,101,076 | 6,427,790 | 6,427,790 |
| Baltimore City/SLRC | 1,175,413 | 170,717 | 1,346,130 | 1,793,100 | 2,790,271 | 2,619,554 |
| Baltimore | 6,354,196 | 327,492 | 6,681,688 | 7,877,165 | 9,709,632 | 9,382,140 |
| Calvert | 702,775 | 0 | 702,775 | 885,026 | 969,479 | 969,479 |
| Caroline | 133,892 | 0 | 133,892 | 153,620 | 190,071 | 190,071 |
| Carroll | 2,345,902 | 181,582 | 2,527,484 | 2,607,922 | 2,868,412 | 2,686,830 |
| Cecil | 648,369 | 4,154 | 652,523 | 763,207 | 824,072 | 819,918 |
| Charles | 565,961 | 0 | 565,961 | 650,324 | 743,686 | 743,686 |
| Dorchester | 80,544 | 0 | 80,544 | 101,637 | 107,855 | 107,855 |
| Frederick | 2,021,332 | 104,188 | 2,125,520 | 2,497,086 | 3,097,994 | 2,993,806 |
| Garrett | 174,338 | 4,053 | 178,391 | 201,710 | 339,480 | 335,427 |
| Harford | 1,975,793 | 0 | 1,975,793 | 2,626,289 | 3,183,508 | 3,183,508 |
| Howard | 4,307,409 | 0 | 4,307,409 | 5,079,000 | 7,025,059 | 7,025,059 |
| Kent | 98,222 | 0 | 98,222 | 124,733 | 140,924 | 140,924 |
| Montgomery | 6,239,238 | 824,224 | 7,063,462 | 7,562,698 | 10,293,511 | 9,469,287 |
| Prince George's | 2,373,827 | 232,417 | 2,606,244 | 3,066,478 | 4,110,151 | 3,877,734 |
| Queen Anne's | 291,523 | 0 | 291,523 | 347,004 | 370,096 | 370,096 |
| St. Mary's | 871,051 | 16,167 | 887,218 | 985,776 | 1,092,796 | 1,076,629 |
| Somerset | 94,701 | 0 | 94,701 | 103,950 | 119,452 | 119,452 |
| Talbot | 215,588 | 0 | 215,588 | 268,712 | 309,362 | 309,362 |
| Washington | 520,384 | 13,397 | 533,781 | 675,984 | 776,037 | 762,640 |
| Wicomico | 410,054 | 861 | 410,915 | 489,248 | 509,514 | 508,653 |
| Worcester | 364,101 | 23,090 | 387,191 | 438,764 | 507,856 | 484,766 |
| **TOTAL (all public)** | **35,388,862** | **1,902,342** | **37,291,204** | **43,696,507** | **57,278,453** | **55,376,111** |
| **Regional** | | | | | | |
| ESRL | 390 | 1 | 391 | 333,441 | 514,025 | 514,024 |
| SMRLA | 311 | 0 | 311 | 151,592 | 151,592 | 151,592 |
| WMRL | 235,195 | 3,030 | 238,225 | 424,477 | 1,262,383 | 1,259,353 |
| **TOTAL (all regional)** | **235,896** | **3,031** | **238,927** | **909,510** | **1,928,000** | **1,924,969** |

NOTE: SLRC adult circulation included as part of Baltimore City statistics
*Physical Item Use equals Physical Item Circulation + In-House Use
**Total Circulation equals Physical Item Circulation + Electronic Material Circulation
***Total MD Collection Use equals Physical Item Use + Total Electronic Content Use
^Total Federal Collection Use equals Physical Item Circulation + Total Electronic Content Use

| Table 7 |
|---|

| Table 7 |||||
|---|---|---|---|---|
| CIRCULATION BY POPULATION AND USERS |||||
| LIBRARY SYSTEM | REGISTERED USERS | CIRC/PER CAPITA | CIRC/PER REGISTERED USER | % OF POPULATION REGISTERED |
| **TOTAL (all libraries)** | **3,383,525** | **9.49** | **16.60** | **56%** |
| **Public** | | | | |
| Allegany | 13,415 | 4.13 | 22.06 | 19% |
| Anne Arundel | 296,817 | 7.15 | 13.82 | 52% |
| Baltimore City/SLRC | 260,078 | 2.93 | 6.89 | 43% |
| Baltimore | 468,470 | 9.46 | 16.81 | 56% |
| Calvert | 56,870 | 9.67 | 15.56 | 62% |
| Caroline | 14,019 | 4.63 | 10.96 | 42% |
| Carroll | 94,472 | 15.54 | 27.61 | 56% |
| Cecil | 55,282 | 7.43 | 13.81 | 54% |
| Charles | 74,085 | 4.07 | 8.78 | 46% |
| Dorchester | 12,562 | 3.16 | 8.09 | 39% |
| Frederick | 126,818 | 9.91 | 19.69 | 50% |
| Garrett | 18,321 | 6.90 | 11.01 | 63% |
| Harford | 206,595 | 10.42 | 12.71 | 82% |
| Howard | 238,275 | 15.82 | 21.32 | 74% |
| Kent | 9,005 | 6.43 | 13.85 | 46% |
| Montgomery | 335,099 | 7.14 | 22.57 | 32% |
| Prince George's | 570,717 | 3.36 | 5.37 | 63% |
| Queen Anne's | 48,810 | 6.97 | 7.11 | 98% |
| St. Mary's | 31,403 | 8.75 | 31.39 | 28% |
| Somerset | 9,043 | 4.01 | 11.50 | 35% |
| Talbot | 29,198 | 7.24 | 9.20 | 79% |
| Washington | 71,308 | 4.49 | 9.48 | 47% |
| Wicomico | 66,865 | 4.75 | 7.32 | 65% |
| Worcester | 40,779 | 8.49 | 10.76 | 79% |
| **TOTAL (all public)** | **3,148,306** | **7.37** | **13.88** | **52%** |
| **Regional** | | | | |
| ESRL | N/A | N/A | N/A | N/A |
| SMRLA | N/A | N/A | N/A | N/A |
| WMRL | N/A | N/A | N/A | N/A |
| **TOTAL (all regional)** | **N/A** | **N/A** | **N/A** | **N/A** |

NOTE: Circulation statistic used is "Total Circulation" - see Table 6 - Collection Use

| | Table 8 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PROGRAMS AND ATTENDANCE | | | | | | | | | |
| LIBRARY SYSTEM | TOTAL PROGRAMS* | TOTAL PROGRAM ATTENDANCE* | TOTAL VIRTUAL PROGRAMS | TOTAL VIRTUAL PROGRAM ATTENDANCE | TOTAL TEEN PROGRAMS | TOTAL TEEN ATTENDANCE | TOTAL ADULT PROGRAMS | TOTAL ADULT ATTENDANCE | TOTAL OTHER PROGRAMS** | TOTAL OTHER ATTENDANCE** |
| **TOTAL (all libraries)** | **76,369** | **1,959,959** | **2,947** | **84,092** | **9,173** | **151,472** | **20,359** | **295,918** | **4,131** | **267,612** |
| **Public** | | | | | | | | | | |
| Allegany | 1,203 | 23,735 | 0 | 0 | 31 | 220 | 185 | 2,797 | 88 | 3,608 |
| Anne Arundel | 4,967 | 173,923 | 152 | 14,914 | 293 | 6,050 | 976 | 16,709 | 347 | 9,402 |
| Baltimore City/SLRC | 7,206 | 129,169 | 204 | 5,493 | 933 | 9,734 | 2,596 | 35,204 | 0 | 0 |
| Baltimore | 8,960 | 191,906 | 164 | 3,072 | 1,187 | 24,849 | 2,796 | 36,519 | 0 | 0 |
| Calvert | 1,841 | 40,512 | 71 | 1,117 | 87 | 850 | 572 | 11,810 | 48 | 5,550 |
| Caroline | 702 | 12,706 | 22 | 63 | 73 | 1,025 | 254 | 1,037 | 33 | 1,619 |
| Carroll | 4,919 | 110,008 | 128 | 2,893 | 133 | 1,953 | 804 | 15,400 | 2,020 | 49,920 |
| Cecil | 1,453 | 37,196 | 53 | 1,201 | 222 | 4,733 | 173 | 2,960 | 0 | 0 |
| Charles | 1,275 | 23,823 | 96 | 1,022 | 97 | 1,161 | 297 | 2,314 | 44 | 3,057 |
| Dorchester | 204 | 3,545 | 0 | 0 | 18 | 337 | 16 | 76 | 7 | 182 |
| Frederick | 5,161 | 160,108 | 107 | 3,342 | 450 | 9,604 | 567 | 14,001 | 66 | 7,108 |
| Garrett | 486 | 12,752 | 0 | 0 | 21 | 384 | 153 | 4,995 | 0 | 0 |
| Harford | 6,396 | 317,988 | 38 | 1,148 | 764 | 15,380 | 1,308 | 26,511 | 315 | 131,036 |
| Howard | 8,184 | 188,850 | 828 | 16,185 | 2,635 | 33,987 | 2,037 | 23,768 | 642 | 22,055 |
| Kent | 346 | 5,607 | 0 | 0 | 3 | 44 | 155 | 2,010 | 25 | 357 |
| Montgomery | 10,227 | 271,642 | 551 | 23,638 | 1,124 | 15,135 | 4,148 | 58,365 | 327 | 21,902 |
| Prince George's | 6,155 | 131,210 | 381 | 7,759 | 373 | 16,924 | 1,475 | 16,930 | 19 | 1,158 |
| Queen Anne's | 774 | 10,521 | 7 | 35 | 26 | 57 | 204 | 2,933 | 1 | 18 |
| St. Mary's | 1,127 | 25,817 | 22 | 314 | 58 | 1,151 | 298 | 3,179 | 13 | 2,173 |
| Somerset | 705 | 6,702 | 0 | 0 | 145 | 890 | 195 | 1,436 | 0 | 0 |
| Talbot | 494 | 18,951 | 0 | 0 | 23 | 242 | 152 | 5,595 | 47 | 5,419 |
| Washington | 1,585 | 28,704 | 6 | 289 | 308 | 5,883 | 354 | 4,699 | 53 | 1,206 |
| Wicomico | 749 | 8,584 | 21 | 163 | 136 | 559 | 142 | 651 | 36 | 1,842 |
| Worcester | 1,169 | 25,569 | 37 | 1,235 | 33 | 320 | 480 | 5,797 | 0 | 0 |
| **TOTAL (all public)** | **76,288** | **1,959,528** | **2,888** | **83,883** | **9,173** | **151,472** | **20,337** | **295,696** | **4,131** | **267,612** |
| **Regional** | | | | | | | | | | |
| ESRL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SMRLA | 81 | 431 | 59 | 209 | 0 | 0 | 22 | 222 | 0 | 0 |
| WMRL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL (all regional)** | **81** | **431** | **59** | **209** | **0** | **0** | **22** | **222** | **0** | **0** |

NOTE: SLRC library services included as part of Baltimore City statistics | 0=Not available or none | Some totals are estimated |
*Total Programs / Attendance includes all Teen, Adult, Children's and Other programs and attendance
**Other Programs / Attendance includes any program or attendance not otherwise captured by Adult, Teen, or Children's, including All Ages and Family programs

| | Table 9 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **SERVICES** | | | | | | | |
| **LIBRARY SYSTEM** | **REFERENCE INFORMATION TRANSACTIONS** | **INTER-LIBRARY LOAN ITEMS BORROWED** | **INTER-LIBRARY LOAN ITEMS LOANED OUT** | **BOOK-MOBILES** | **MEETING ROOM USE\*** | **WIRELESS INTERNET USES PER YEAR** | **INTERNET TERMINALS USED BY PUBLIC** | **INTERNET TERMINAL USES PER YEAR** |
| **TOTAL (all libraries)** | **5,391,679** | **366,061** | **397,311** | **21** | **56,667** | **18,303,156** | **5,636** | **3,509,938** |
| Public | | | | | | | | |
| Allegany | 63,863 | 16,694 | 14,901 | 0 | 674 | 23,500 | 70 | 19,178 |
| Anne Arundel | 258,656 | 52,854 | 20,220 | 0 | 2,783 | 361,358 | 314 | 306,047 |
| Baltimore City/SLRC | 1,319,024 | 14,774 | 36,626 | 3 | 15,384 | 1,962,540 | 863 | 671,730 |
| Baltimore | 311,937 | 28,874 | 29,664 | 4 | 2,063 | 634,412 | 460 | 593,257 |
| Calvert | 229,140 | 3,665 | 6,881 | 2 | 4,241 | 46,329 | 120 | 44,992 |
| Caroline | 27,860 | 1,200 | 9,735 | 0 | 1,461 | 86,181 | 78 | 27,680 |
| Carroll | 93,210 | 20,975 | 12,537 | 3 | 5,402 | 69,980 | 114 | 74,204 |
| Cecil | 89,620 | 14,317 | 5,116 | 1 | 378 | 89,287 | 110 | 80,884 |
| Charles | 24,914 | 3,665 | 6,881 | 1 | 3,685 | 48,196 | 145 | 76,736 |
| Dorchester | 5,638 | 9,997 | 20,643 | 0 | 76 | 28,796 | 30 | 12,687 |
| Frederick | 82,670 | 17,159 | 12,869 | 2 | 1,496 | 188,348 | 294 | 115,215 |
| Garrett | 14,838 | 19,570 | 12,698 | 0 | 0 | 27,457 | 45 | 11,610 |
| Harford | 370,397 | 19,734 | 20,243 | 2 | 336 | 199,640 | 496 | 149,827 |
| Howard | 1,193,180 | 19,734 | 18,565 | 0 | 3,030 | 201,336 | 389 | 409,724 |
| Kent | 1,469 | 17,272 | 16,245 | 0 | 227 | 31,369 | 34 | 8,559 |
| Montgomery | 688,307 | 47,323 | 12,392 | 0 | 0 | 13,041,614 | 845 | 259,539 |
| Prince George's | 349,139 | 25,157 | 19,214 | 0 | 5,071 | 827,067 | 674 | 477,296 |
| Queen Anne's | 3,609 | 1,566 | 8,295 | 0 | 1,965 | 30,235 | 21 | 13,090 |
| St. Mary's | 12,269 | 3,665 | 6,881 | 0 | 2,913 | 20,159 | 130 | 56,342 |
| Somerset | 11,475 | 751 | 4,524 | 0 | 182 | 26,906 | 26 | 11,013 |
| Talbot | 13,929 | 1,889 | 9,800 | 0 | 232 | 31,053 | 64 | 16,759 |
| Washington | 133,863 | 9,106 | 16,724 | 1 | 1,428 | 203,025 | 103 | 14,794 |
| Wicomico | 4,090 | 1,923 | 9,079 | 2 | 2,074 | 71,298 | 90 | 28,460 |
| Worcester | 88,435 | 1,718 | 5,275 | 0 | 1,566 | 53,070 | 121 | 30,315 |
| **TOTAL (all public)** | **5,391,532** | **353,582** | **336,008** | **21** | **56,667** | **18,303,156** | **5,636** | **3,509,938** |
| Regional | | | | | | | | |
| ESRL | 0 | 3 | 127 | 0 | 0 | 0 | 0 | 0 |
| SMRLA | 0 | 12,476 | 21,907 | 0 | 0 | 0 | 0 | 0 |
| WMRL | 147 | 0 | 39,269 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL (all regional)** | **147** | **12,479** | **61,303** | **0** | **0** | **0** | **0** | **0** |

NOTE: SLRC electronic access included as part of Baltimore City statistics | 0= Not available or none

\*Meeting Room Use indicates the number of times library meeting rooms and study spaces were used by outside groups or individuals | 0= Information not collecte

| | Table 10 LIBRARY VISITS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBRARY SYSTEM | LIBRARY VISITS | LIBRARY VISITS PER HOURS OPEN | CURBSIDE VISITS | WEBSITE SESSIONS* | APP SESSIONS** | CATALOG SESSIONS*** | VIRTUAL VISITS^ | TOTAL VISITS^^ | ANNUAL HOURS OPEN TO THE PUBLIC | CURBSIDE SERVICE HOURS |
| **TOTAL (all libraries)** | **17,483,983** | **47** | **63,273** | **21,926,218** | **237,786** | **8,450,104** | **30,614,108** | **48,161,364** | **370,107** | **10,617** |
| **Public** | | | | | | | | | | |
| Allegany | 121,666 | 15 | 0 | 99,880 | 0 | 52,908 | 152,788 | 274,454 | 8,330 | 0 |
| Anne Arundel | 1,335,973 | 38 | 0 | 1,992,842 | 0 | 2,204,190 | 4,197,032 | 5,533,005 | 35,480 | 1,634 |
| Baltimore City/SLRC | 1,376,411 | 33 | 1,779 | 1,231,515 | 0 | 373,083 | 1,604,598 | 2,982,788 | 41,805 | 504 |
| Baltimore | 2,801,269 | 60 | 9,794 | 4,301,832 | 0 | 0 | 4,301,832 | 7,112,895 | 47,050 | 680 |
| Calvert | 322,841 | 36 | 1,226 | 1,154,212 | 0 | 127,391 | 1,281,603 | 1,605,670 | 8,961 | 216 |
| Caroline | 184,660 | 48 | 76 | 34,178 | 0 | 0 | 34,178 | 218,914 | 3,867 | 42 |
| Carroll | 652,046 | 46 | 8,152 | 742,683 | 0 | 627,177 | 1,369,860 | 2,030,058 | 14,102 | 684 |
| Cecil | 288,686 | 22 | 2,770 | 213,039 | 0 | 150,706 | 363,745 | 655,201 | 13,100 | 588 |
| Charles | 400,646 | 47 | 0 | 327,724 | 0 | 127,391 | 455,115 | 855,761 | 8,615 | 0 |
| Dorchester | 57,825 | 16 | 83 | 184,802 | 0 | 0 | 184,802 | 242,710 | 3,564 | 69 |
| Frederick | 812,614 | 41 | 6,538 | 943,425 | 0 | 206,196 | 1,149,621 | 1,968,773 | 19,823 | 943 |
| Garrett | 108,380 | 15 | 1,505 | 95,894 | 0 | 299,485 | 395,379 | 505,264 | 7,164 | 675 |
| Harford | 1,045,235 | 48 | 9,483 | 910,697 | 114,984 | 669,347 | 1,695,028 | 2,749,746 | 21,899 | 1,320 |
| Howard | 1,413,471 | 136 | 946 | 1,736,091 | 0 | 972,622 | 2,708,713 | 4,123,130 | 10,392 | 144 |
| Kent | 73,437 | 21 | 0 | 36,633 | 0 | 0 | 36,633 | 110,070 | 3,501 | 0 |
| Montgomery | 3,289,163 | 81 | 0 | 2,899,539 | 0 | 2,037,113 | 4,936,652 | 8,225,815 | 40,743 | 0 |
| Prince George's | 1,679,342 | 55 | 0 | 1,488,195 | 120,616 | 434,511 | 2,043,322 | 3,722,664 | 30,794 | 0 |
| Queen Anne's | 132,487 | 29 | 2,036 | 156,585 | 2,186 | 0 | 158,771 | 293,294 | 4,510 | 240 |
| St. Mary's | 407,660 | 60 | 955 | 182,411 | 0 | 127,391 | 309,802 | 718,417 | 6,808 | 120 |
| Somerset | 64,267 | 16 | 128 | 41,000 | 0 | 0 | 41,000 | 105,395 | 3,987 | 476 |
| Talbot | 127,719 | 33 | 15,148 | 470,099 | 0 | 40,593 | 510,692 | 653,559 | 3,922 | 636 |
| Washington | 374,470 | 30 | 1,208 | 2,227,573 | 0 | 0 | 2,227,573 | 2,603,251 | 12,412 | 846 |
| Wicomico | 150,794 | 16 | 446 | 131,454 | 0 | 0 | 131,454 | 282,694 | 9,723 | 80 |
| Worcester | 262,921 | 35 | 1,000 | 223,803 | 0 | 0 | 223,803 | 487,724 | 7,475 | 720 |
| **TOTAL (all public)** | **17,483,983** | **NA** | **63,273** | **21,826,106** | **237,786** | **8,450,104** | **30,513,996** | **48,061,252** | **368,027** | **10,617** |
| **Regional** | | | | | | | | | | |
| ESRL | 0 | | 0 | 90,875 | 0 | 0 | 90,875 | 90,875 | 0 | 0 |
| SMRLA | 0 | | 0 | 7,357 | 0 | 0 | 7,357 | 7,357 | 0 | 0 |
| WMRL | 0 | | 0 | 1,880 | 0 | 0 | 1,880 | 1,880 | 2,080 | 0 |
| **TOTAL (all regional)** | **0** | | **0** | **100,112** | **0** | **0** | **100,112** | **100,112** | **2,080** | **0** |

NOTE: SLRC library services included as part of Baltimore City statistics | 0=Not available or none | Some totals are estimated

*Website sessions are visits to the library's website that are not mandatory splash page portals (such as signing in to a library computer, or using the library's WiFi)

**App sessions are instances of opening the library's app product (as opposed to the website)

***Catalog sessions are visits to the library's catalog, and are counted seperately from website visits

^Virtual Visits include Website Sessions + App Sessions + Catalog Sessions

^^Total Visits include Library Visits and Virtual Visits

## Table 11
### CHILDREN'S STATISTICS

| LIBRARY SYSTEM | TOTAL CHILDREN'S PROGRAMS | TOTAL CHILDREN'S ATTENDANCE | PERCENT OF TOTAL PROGRAMS | PERCENT OF TOTAL ATTENDANCE | PRE-K PROGRAMS | PRE-K ATTENDANCE | OTHER CHILDREN'S PROGRAMS* | OTHER CHILDREN'S ATTENDANCE* | TOTAL CHILDREN'S CIRCULATION | PERCENT OF TOTAL CIRCULATION** | TOTAL CHILDREN'S REFERENCE TRANSACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL (all libraries)** | **40,640** | **1,178,251** | **53%** | **60%** | **27,557** | **751,680** | **13,091** | **428,504** | **15,826,294** | **35%** | **1,151,504** |
| **Public** | | | | | | | | | | | |
| Allegany | 899 | 17,110 | 75% | 72% | 472 | 9,695 | 427 | 7,415 | 72,105 | 24% | 10,583 |
| Anne Arundel | 3,199 | 126,848 | 64% | 73% | 2,611 | 85,999 | 588 | 40,849 | 920,911 | 22% | 34,928 |
| Baltimore City/SLRC | 3,473 | 78,738 | 48% | 61% | 1,761 | 35,290 | 1,712 | 43,448 | 412,792 | 23% | 274,357 |
| Baltimore | 4,813 | 127,466 | 54% | 66% | 3,197 | 78,266 | 1,616 | 49,200 | 2,475,414 | 31% | 0 |
| Calvert | 1,063 | 21,185 | 58% | 52% | 733 | 13,122 | 330 | 8,063 | 329,878 | 37% | 46,197 |
| Caroline | 320 | 8,962 | 46% | 71% | 210 | 5,173 | 110 | 3,789 | 35,384 | 23% | 3,271 |
| Carroll | 1,834 | 39,842 | 37% | 36% | 1,821 | 38,778 | 13 | 1,064 | 864,123 | 33% | 31,336 |
| Cecil | 1,058 | 29,503 | 73% | 79% | 517 | 12,556 | 541 | 16,947 | 224,186 | 29% | 13,642 |
| Charles | 741 | 16,269 | 58% | 68% | 528 | 10,765 | 213 | 5,504 | 293,772 | 45% | 2,483 |
| Dorchester | 163 | 2,950 | 80% | 83% | 83 | 1,545 | 80 | 1,405 | 24,918 | 25% | 262 |
| Frederick | 3,971 | 126,053 | 77% | 79% | 3,080 | 90,655 | 891 | 35,398 | 882,756 | 35% | 21,989 |
| Garrett | 312 | 7,373 | 64% | 58% | 150 | 2,574 | 162 | 4,799 | 53,191 | 26% | 1,238 |
| Harford | 3,971 | 143,913 | 62% | 45% | 2,572 | 64,992 | 1,399 | 78,921 | 727,173 | 28% | 83,150 |
| Howard | 2,870 | 109,040 | 35% | 58% | 2,027 | 67,601 | 843 | 41,439 | 2,321,822 | 46% | 284,608 |
| Kent | 163 | 3,196 | 47% | 57% | 128 | 2,232 | 35 | 964 | 25,937 | 21% | 168 |
| Montgomery | 4,077 | 152,602 | 40% | 56% | 3,019 | 127,632 | 1,058 | 24,970 | 3,737,588 | 49% | 181,205 |
| Prince George's | 3,907 | 88,439 | 63% | 67% | 2,297 | 54,013 | 1,610 | 34,426 | 1,258,110 | 41% | 47,552 |
| Queen Anne's | 536 | 7,478 | 69% | 71% | 216 | 4,921 | 320 | 2,557 | 94,054 | 27% | 852 |
| St. Mary's | 736 | 19,000 | 65% | 74% | 645 | 16,603 | 91 | 2,397 | 413,927 | 42% | 2,309 |
| Somerset | 365 | 4,376 | 52% | 65% | 172 | 1,566 | 193 | 2,810 | 29,612 | 28% | 1,962 |
| Talbot | 272 | 7,695 | 55% | 41% | 153 | 3,670 | 119 | 4,025 | 90,600 | 34% | 2,756 |
| Washington | 864 | 16,627 | 55% | 58% | 637 | 10,674 | 227 | 5,953 | 174,167 | 26% | 75,531 |
| Wicomico | 414 | 5,369 | 55% | 63% | 115 | 2,427 | 299 | 2,942 | 246,225 | 50% | 1,647 |
| Worcester | 619 | 18,217 | 53% | 71% | 413 | 10,931 | 206 | 7,286 | 81,473 | 19% | 29,478 |
| **TOTAL (all public)** | **40,640** | **1,178,251** | **53%** | **60%** | **27,557** | **751,680** | **13,083** | **426,571** | **15,790,118** | **36%** | **1,151,504** |
| **Regional** | | | | | | | | | | | |
| ESRL | 0 | 0 | 0% | 0% | 0 | 0 | 8 | 1,933 | 0 | 0% | 0 |
| SMRLA | 0 | 0 | 0% | 0% | 0 | 0 | 0 | 0 | 0 | 0% | 0 |
| WMRL | 0 | 0 | 0% | 0% | 0 | 0 | 0 | 0 | 36,176 | 9% | 0 |
| **TOTAL (all regional)** | **0** | **0** | **0%** | **0%** | **0** | **0** | **8** | **1,933** | **36,176** | **4%** | **0** |

NOTE: SLRC Children's Circulation included as part of Baltimore City statistics

*Other Children's Programs and Attendance include events targeted to children ages 6 - 11

**Chidren's Circulation as a percentage of Total Circulation (Physical Item + Electronic Material Circulation)