# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
**DEBORAH L. BOARDMAN**
UNITED STATES DISTRICT JUDGE

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7810**
**Fax: (410) 962-2577**
**MDD_DLBChambers@mdd.uscourts.gov**

March 28, 2022

## LETTER ORDER

RE:     *Association of American Publishers, Inc. v. Brian E. Frosh*
        DLB-21-3133

Dear Counsel:

On February 16, 2022, this Court entered an Order preliminarily enjoining defendant Brian E. Frosh, in his official capacity, from enforcing Md. Code Ann., Educ. §§ 23-701 and 23-702. ECF 20. The injunction remains in effect pending further order of the Court. Defendant had 30 days from the entry of the Order to file an appeal. Fed. R. App. P. 4(a)(1)(A). No appeal was filed.

Accordingly, the Court orders the defendant to show cause by April 11, 2022, why the preliminary injunction should not be converted to a permanent injunction. The defendant shall state whether any law or evidence not previously presented to the Court prevents the issuance of a permanent injunction. Plaintiff shall respond by April 25, 2022.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Sincerely,

Deborah L. Boardman
United States District Judge