IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF AMERICAN PUBLISHERS, INC., | * |
| Plaintiff, | * |
| v. | * Case No.: DLB-21-3133 |
| BRIAN E. FROSH, in his official capacity as Attorney General of the State of Maryland, | * |
| Defendant. | * |

**ORDER AND JUDGMENT**

For the reasons stated in the memorandum opinion issued this same date, it is this 13th day of June 2022 hereby ORDERED:

1. The Association of American Publishers, Inc.'s request for declaratory judgment as to Count II is GRANTED, and final judgment on Count II is entered. For the reasons stated in the February 16, 2022 memorandum opinion, ECF 19, and the memorandum opinion accompanying this Order and Judgment, the Court declares that Md. Code Ann., Educ. §§ 23-701, 23-702 (the "Act"), conflicts with and is preempted by the U.S. Copyright Act, 17 U.S.C. §§ 101 *et seq.*, and that the Act is unconstitutional and unenforceable;

2. The Association of American Publishers, Inc.'s request for a permanent injunction as to Count II is DENIED;

3. Count I is DISMISSED as moot;

4. Counts III and IV are DISMISSED by voluntary stipulation with each party to bear its own costs and fees; and

5. The defendant's motion to dismiss the complaint, ECF 10, is DENIED as moot.

                Deborah L. Boardman
                United States District Judge