IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF AMERICAN PUBLISHERS, INC.,<br><br>    455 Massachusetts Avenue, NW<br>    Washington, DC 20001,<br><br>                                             Plaintiff,<br>v.<br><br>BRIAN E. FROSH, in his official capacity as Attorney General of the State of Maryland,<br><br>    200 St. Paul Place<br>    Baltimore, MD 21202,<br><br>                                             Defendant. | Civil Action No. 1:21-cv-03133-DLB |

## JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND PROPOSED ORDER

IT IS HEREBY STIPULATED between Association of American Publishers, Inc. ("Plaintiff" or "AAP") and Brian E. Frosh, in his official capacity as Attorney General of the State of Maryland ("Defendant," and together with "Plaintiff," the "Parties"), that:

WHEREAS, on June 13, 2022, the Court granted AAP's request for declaratory judgment as to Count II and entered final judgment as to same, declaring that Md. Code Ann., Educ. §§ 23-701, 23-702 conflicts with and is preempted by the U.S. Copyright Act, 17 U.S.C. §§ 101 et seq., and that the Act is unconstitutional and unenforceable.  *See* Dkt. 31.

WHEREAS, AAP will be submitting a request for an award of reasonable costs and attorneys' fees.

WHEREAS, pursuant to Local Rule 109.2.a and Fed. R. Civ. P. 54(d), a claim for attorneys' fees must be filed within fourteen days of the entry of judgment.

WHEREAS, the Parties are conferring about a potential resolution concerning AAP's request for costs and attorneys' fees which, if fruitful, would avoid the need for judicial determination on such costs and attorneys' fees.

WHEREAS, the Parties have agreed on a briefing schedule to extend the date for AAP's request for costs and attorneys' fees, to provide the Parties an opportunity to continue discussing a possible resolution, as follows:

1. AAP's request for an award of reasonable costs and attorneys' fees shall be filed by August 22, 2022.

2. Defendant shall file his opposition on September 21, 2022.

3. AAP shall file its reply on October 6, 2022.

Dated:  June 22, 2022                                      Respectfully submitted,

/s/ Scott A. Zebrak
Scott A. Zebrak (17741)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
scott@oandzlaw.com
*Attorneys for Plaintiff Association of American Publishers, Inc.*

/s/  Elliot L. Schoen
Elliot L. Schoen (26210)
Assistant Attorney General
Maryland State Department of Education
eschoen@oag.state.md.us
*Attorneys for Brian E. Frosh*

So ORDERED, this _____ day of _____, 2022.

_____
The Honorable Deborah L. Boardman
United States District Judge